**SIGNED.**

Dated: November 02, 2010



Smth/ManenCurley
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GERALD G. PARKINSON<br>JOY L. PARKINSON,<br><br>Debtors. | Chapter 7<br><br>Case No. 2-09-bk-07015 SSC<br><br>ORDER |

      The Court has set a hearing on the debtors' request that they obtain certain documentation or testimony concerning the proof of claim filed by Wells Fargo in this case. Wells Fargo opposes the relief requested. Normally the court would require the parties to follow the Federal Rules of Bankruptcy Procedure as to any contested matter or adversary proceeding pending in this Court. At the present time, the parties do not have any pending disputes or adversaries before this Court. The parties also dispute the nature, scope, and extent of any Fed.R.Bankr.P. 2004 Examination. Therefore, the Court will not grant any ex parte Fed.R.Bankr.P. 2004 Orders as this time until the dispute between the parties may be heard. Based upon the foregoing,

      IT IS ORDERED vacating the Order requested by the Debtors granting a Fed.R.Bankr.P. 2004 Examination as to Wells Fargo; and

      IT IS FURTHER ORDERED, as a result, vacating the Protective Order granted to Wells Fargo.

      IT IS FURTHER ORDERED directing the Clerk's Office to provide immediate notice of this Order to all interested parties, and file an affidavit of service thereon.

      SIGNED AND DATED ABOVE